Daniel P. Collins (State Bar Id No. 009055)
**COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.**
2210 Chase Tower
201 North Central Avenue
Phoenix, Arizona 85004-0022
Telephone No. (602) 252-1900
Facsimile No. (602) 252-1114
Email; dcollins@cmpbglaw.com

Attorneys for Debtor/Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | ) | **Chapter 11** |
|---|---|---|
| U.S. AMERICAN STONE AND MINERALS, INC., | ) ) ) ) | **No. 2:07-bk-1628-GBN** |
| Debtor. | ) ) ) | **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

Collins, May, Potenza, Baran & Gillespie, P.C. ("CMPBG"), attorneys for Debtor U.S. American Stone and Minerals, Inc. ("Debtor"), hereby moves this Court for leave to withdraw as counsel pursuant to Local Bankruptcy Rule 9010-1(b). CMPBG seeks to withdraw as Debtor's counsel in the above-captioned chapter 11 bankruptcy proceeding pending before this Court.

This motion is supported by the attached certification required by Local Rule 9010-1(b) and by the attached Memorandum of Points and Authorities, both of which are incorporated herein by reference.

**Memorandum of Points and Authorities**

CMPBG was initially approached by Debtor's Dallas general counsel to serve as local counsel when this case was transferred from Dallas, Texas to Arizona. At that time CMPBG asked for a $20,000 retainer. $10,000 was sent to CMPBG with the promise that the balance was forthcoming. CMPBG has not been paid the additional $10,000.00 retainer as promised by

1  Debtor and CMPBG is unwilling to continue working for Debtor without the additional retainer
2  amount to cover services rendered. CMPBG has apprised the Debtor of the status of the
3  bankruptcy proceedings and the possibility of sanctions for failure to comply with court orders
4  and discovery requests.

5  Local Bankruptcy Rule 9010(c) requires an attorney who seeks leave to withdraw to give
6  notice of the motion to the client and all other parties. This rule does not require a hearing on a
7  motion for leave to withdraw, nor does it require the Court to entertain objections to such
8  motion. Moving counsel has provided notice of this motion to all parties who have participated
9  as evidenced by the certificate of service attached hereto. CMPBG contends that notice of this
10 motion need not be given to all creditors and interested parties before the granting of leave to
11 withdraw. Valid grounds for opposing the granting of a motion for leave to withdraw exist only
12 in rare circumstances. Accordingly, undersigned counsel requests that the Court determine that
13 notice of this motion need not be given to all creditors and interested parties before entry of the
14 order allowing CMPBG's withdrawal.

15 WHEREFORE, the law firm of Collins, May, Potenza, Baran & Gillespie, P.C., requests
16 that the Court grant it leave to withdraw from representing Debtor in the above-captioned
17 bankruptcy proceeding, and that this Court determine that adequate notice of this motion has
18 been given to comply with the Local Rules of this Court.

19 The last known address for the Debtor is as follows:

U.S. American Stone and Minerals, Inc.
Attention: Mr. John Owen
3839 Briargrove Lane, Suite 6207
Dallas, Texas 75287

Respectfully submitted,

COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.C.

By /s/ Daniel P. Collins          (#009055)
    Daniel P. Collins
    Attorneys for Debtor/Debtor-in-Possession

Copy of the foregoing
mailed this 15th day of
August, 2007, to:

U.S. American Stone and Minerals, Inc.
Attention: Mr. John Owen
3839 Briargrove Lane, Suite 6207
Dallas, Texas 75287
Debtor/Debtor-in-Possession

Arthur I. Ungerman, Esq.
One Glen Lakes Tower
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231
Attorneys for Debtor/Debtor-in-Possession

Joyce W. Lindauer, Esq.
Joyce W. Lindauer, Attorney at Law
8140 Walnut Hill Lane, Suite 301
Dallas, Texas, 75231
Attorney for Debtor/Debtor-in-Possession

Nicholas Christian Inman, Esq.
8140 Walnut Hill Lane, Suite 301
Dallas, Texas, 75231
Attorney for Debtor/Debtor-in-Possession

Jonathan E. Hess, Esq.
Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, Arizona 85003-1706


/s/ Lisa Harnack