Christopher H. Bayley, #010764
Steven D. Jerome, #018420
Andrew A. Harnisch, #024957
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Internet:    cbayley@swlaw.com
             sjerome@swlaw.com
             aharnisch@swlaw.com
Proposed Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>U.S. AMERICAN STONE AND MINERALS, INC.<br><br>Debtor. | Proceedings Under Chapter 11<br><br>Case No. 2:07-bk-01628-GBN<br><br>**WITHDRAWAL OF DEBTOR'S SECOND EMERGENCY MOTION FOR ENTRY OF A FINAL ORDER APPROVING MOTION FOR REPLACEMENT POSTPETITION FINANCING; AND GRANTING REPLACEMENT LENDER LIENS AND SECURITY INTERESTS IN REAL AND PERSONAL PROPERTY; AND AN ADMINISTRATIVE PRIORITY CLAIM** |

U.S. American Stone and Minerals, Inc. ("Debtor"), debtor-in-possession herein, hereby withdraws its "Debtor's Second Emergency Motion for Entry of a Final Order Approving Motion for Replacement Postpetition Financing, and Granting Lender Replacement Liens and Security Interests in Real and Personal Property; and an Administrative Claim" ("Second Emergency Motion"), and states as follows:

1. On December 5, 2006, Debtor filed its Second Emergency Motion, requesting that the Court approve replacement post-petition financing to pay off the post-petition loan from Rock Bottom, LLC (the "Rock Bottom DIP"), which is secured by Debtor's interest in the Vineyard Mine Claim (the "Vineyard Claim").

2085862

2. Rock Bottom opposed the replacement financing which would have paid the Rock Bottom DIP in full. At the emergency hearing on the Second Emergency Motion, Rock Bottom acknowledged that its goal in this case is not to have its post-petition claim paid, but to obtain title to the Vineyard Claim.

3. Also at the emergency hearing, the Court authorized reasonable discovery regarding the proposed financing, and encouraged the parties to proceed informally with such discovery. The Court also instructed the Debtor to file by December 19, 2007 the details of the proposed deal.

4. Since learning the identity of the proposed replacement financers, representatives of Rock Bottom, including Jay Krasoff and Chiron Financial Advisors, LLC, have taken numerous steps to derail the proposed financing and thwart Debtor's attempts to pay Rock Bottom in full. The following is a non-exhaustive list of the actions taken by these parties:

    a. Informing the California Department of Corporations about Debtor's attempt to obtain financing, as a result of which the Department apparently issued and attempted to serve subpoenas upon Bud Klein and Beverly and Ronald O'Connor (the proposed financers), regarding alleged securities violations associated with the proposed financing;

    b. Expanding the scope of its disinformation campaign to include making disparaging remarks about John Owen, USAR, and Debtor to creditors and parties in interest in this case, in an attempt to isolate Debtor in this case and win support for Rock Bottom's bid to foreclose on the Vineyard Claim. *See* the Affidavit of Rogers Carrington, a true and correct copy of which is attached hereto as Exhibit "1"; *see also* the December 17, 2007 email from Jay Krasoff to Rogers Carrington et al. (the "Krasoff Email"), attached to the Affidavit of Rogers Carrington as Exhibit "A";

    c. Making disparaging remarks about John Owen, USAR, and Debtor to

2085862

securities regulatory authorities, including the Securities and Exchange Commission, in an attempt to destroy the current replacement financing proposal, as well as foreclose any possibility of a future financing deal. *See* the Krasoff Email.

    d. Attaching a misleading Desist and Refrain Order to Rock Bottom's objection to the Second Emergency Motion, which has been superseded by a subsequent, stipulated order with much less onerous terms and requirements. *See* the "Respondents John Owen and USAR, Inc., Stipulation re Order to Desist and Refrain from the Unqualified Offer or Sale of Securities and the Making of Material Omissions in the Offer or Sale of Securities," attached as Exhibit "2." The Rock Bottom objection, as well as the superseded Desist and Refrain Order, was served on Bud Klein, among other parties in interest in this case.

5. As a result of the actions of Rock Bottom and its agents, as set forth above, the Debtor was informed on December 19, 2007 by counsel for Bud Klein that Mr. Klein has backed out of the replacement post-petition financing deal.

6. Debtor still intends to pay off the Rock Bottom DIP in full. However, because of Rock Bottom's pattern of harassing potential post-petition lenders, such payment is likely to come in the form of an equity infusion from Debtor's parent USAR, rather than as a loan from an outside party.

7. Accordingly, Debtor hereby withdraws its Second Emergency Motion.

8. Debtor reserves it rights to pursue the appropriate relief against Rock Bottom and its agents for this unwarranted and inappropriate interference with its proposed financing source to pay Rock Bottom in full. Such relief may include pursuit of money damages.

2085862

RESPECTFULLY SUBMITTED this 19th day of December 2007

                        SNELL & WILMER L.L.P.

By /s/ AAH (#024957)
    Christopher H. Bayley
    Steven D. Jerome
    Andrew A. Harnisch
    One Arizona Center
    400 E. Van Buren
    Phoenix, AZ 85004-2202
    Proposed Attorneys for Debtors

COPY of the foregoing served by e-mail, facsimile
or US first class mail this 19th day of December, 2007, to:

Jonathan E. Hess, Esq.                         jon.e.hess@usdoj.gov
Office of the United States Trustee
230 N. First Ave., Ste. 204
Phoenix, AZ 85003-1706

Henk Taylor, Esq.                               htaylor@lrlaw.com
Lewis & Roca, LLP
40 N. Central Ave.
Phoenix, AZ 85004-4429
Attorneys for Rock Bottom LLC

Anthony W. Clark, Esq.                       awc@awcesq.com
Anthony W. Clark & Associates, PLLC
1212 W. Camelback Rd.
Phoenix, AZ 85013
Attorneys for The Gerald Blank Trust, Gerald Blank, Trustee

Stephen Fehrmann
c/o James F. Kahn, P.C.
301 E. Bethany Home Road, Suite C-195
Phoenix, Arizona 85012
Fax: 602-266-2484

/s/ Barbara A. Barlow

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

2085862