**WARNICKE & LITTLER, P.L.C.**
1411 N. Third Street
Phoenix, Arizona 85004
TELEPHONE (602) 256-0400
FAX (602) 256-0345
E-MAIL: administrator@warnickelittler.com

Thomas E. Littler/SBN 006917
Robert C. Warnicke/SBN 015345
Attorneys for Rock Bottom, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**U. S. AMERICAN STONE AND MINERALS, INC.**<br><br>Debtor. | In proceedings Under Chapter 11<br><br>Case No. 2:07-bk-01628-GBN<br><br>**APPLICATION AND NOTICE OF SUBSTITUTION OF COUNSEL** |

Pursuant to Bankruptcy Rule 9010-1(b), the law firm of Warnicke & Littler, P.L.C. and Lewis and Roca LLP, stipulate to entry of an Order which substitutes Warnicke & Littler, P.L.C. as counsel of record for Rock Bottom, LLC, a creditor in the above-referenced administrative proceeding, in place of Lewis and Roca, LLP.

The address and telephone number for the substituting counsel is as follows:

> Thomas E. Littler, Esq.
> Robert C. Warnicke, Esq.
> Warnicke & Littler, P.L.C.
> 1411 N. Third Street
> Phoenix, Arizona 85004
> Telephone: (602) 256-0400
> Facsimile: (602) 256-0345
> E-mail: tom@warnickelittler.com
> rob@warnickelittler.com

Pursuant to Rule 9010-1(b) no hearing is required regarding this Application. A form of Order substituting counsel is lodged contemporaneously with this Application for the Court's convenience.

WHEREFORE, the Court is respectfully requested to enter its order approving the substitution of counsel as set forth above.

DATED this 27 day of May, 2009.

                            WARNICKE & LITTLER, P.L.C.

                            By _____
                                Thomas E. Littler
                                Robert C. Warnicke
                                1411 N. Third Street
                                Phoenix, Arizona 85004
                                Attorneys for Rock Bottom, LLC

                            LEWIS AND ROCA, LLP

                            By _____
                                Henk Taylor, Esq./SBN 016321
                                40 N. Central Ave.
                                Phoenix, AZ 85004-4429
                                Attorneys or Rock Bottom, LLC

COPY of the foregoing mailed this
29 day of May, 2009, to:

Christopher H. Bayley, Esq.
Lori Lewis, Esq.
Andrew A. Harnisch, Esq.
SNELL & WILMER, L.P
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for Debtor-in-Possession
Plaintiff U. S. American Stone and
Minerals, Inc.

Jonathan E. Hess
Office of the U. S. Trustee
230 N. First Avenue, Suite 204
Phoenix, Arizona 85003

Joyce Lindauer
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231
Counsel for Debtor

-- Page 2

Arthur Ungerman, Esq.
One Glen Lakes Tower
8140 Walnut Hill Lane, Ste. 301
Dallas, TX 75231
Attorney for Debtor

By *[signature: Gayle D. Campbell]*

-- Page 3