# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | U.S. AMERICAN STONE AND MINERALS, INC. |
| Case Number: | 2:07-bk-01628-GBN    Chapter: 11 |
| Date / Time / Room: | FRIDAY, NOVEMBER 06, 2009 09:00 AM   7TH FLOOR #702 |
| Bankruptcy Judge: | GEORGE B. NIELSEN |
| Courtroom Clerk: | JAN HERNANDEZ |
| Reporter / ECR: | JO-ANN STAWARSKI |

### Matters:

1) STATUS HEARING RE: REQUEST FOR COMPLIANCE WITH ORDER OF 8/24/09 FILED BY ROCK BOTTOM. (FR. 10-23)
   R / M #:    427 / 0

2) STATUS HEARING RE: OBJECTION FILED BY ROCK BOTTOM TO ORDER OF 08-20-09 APPROVING STIPULATION IN RESOLUTION OF UNITED STATE TRUSTEE'S MOTION TO CONVERT OR DISMISS CASE. (FR. 10-23)
   R / M #:    424 / 0

### Appearances:

PATTY CHAN, US TRUSTEE
LORI A LEWIS, ATTORNEY FOR U.S. AMERICAN STONE AND MINERALS, INC.
THOMAS E. LITTLER, ATTORNEY FOR ROCK BOTTOM
JAY KRASOFF/(T)

### Proceedings:

ITEM #1
MR. LITTLER DISCUSSES THE RECENT FILINGS OF YESTERDAY AND GOES ON TO EXPLAIN HOW THEY JUST WANTED TO PRESERVE THEIR RIGHTS UNDER THE ORIGINAL ORDER.

MS. LEWIS REFERS TO THE CHICAGO TITLE FORMS. IT IS SUMMARIZED WHAT HAS BEEN REMOVED AS OF YESTERDAY IN ORDER TO AGREE TO SIGN.

THE COURT:  AS A RESOLUTION, DETAILS ARE RECITED FOR SPECIFIC LANGUAGE. BOTH DOCUMENTS SHOULD BE SIGNED. MR. LITTLER ASSURES THAT CHANGES WILL BE MADE BY THE END OF TODAY. A CONTINUED HEARING WILL BE HELD ON NOVEMBER 20, 2009 AT 9:15 A.M.

ITEM #2
MR. LITTLE ADVISES THAT THE RULING RELATING TO ITEM #1 RESOLVES THIS.

MS. LEWIS REPORTS ON THE STATUS OF THE CASE, INCLUDING THAT OF THE D.I.P. LENDER.

Case 2:07-bk-01628-GBN    Doc 460    Filed 11/06/09    Entered 11/06/09 10:47:20    Desc
Main Document    Page 1 of 1