ORDERED ACCORDINGLY.



WARNICKE & LITTLER, P.L.C.
1411 N. Third Street
Phoenix, Arizona 85004
TELEPHONE (602) 256-0400
FAX (602) 256-0345
E-MAIL: administrator@warnickelittler.com
Thomas E. Littler/SBN 006917
Robert C. Warnicke/SBN 015345
Attorneys for Rock Bottom, LLC

Dated: November 11, 2009

GEORGE B. NIELSEN, JR
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**U. S. AMERICAN STONE AND MINERALS, INC.**<br><br>Debtor. | In proceedings Under Chapter 11<br><br>Case No. 2:07-bk-01628-GBN<br><br>**ORDER GRANTING ROCK BOTTOM'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |

Upon consideration of the *Motion for Relief from the Automatic Stay"* filed by Rock Bottom LLC ("Rock Bottom") pursuant to 11 U.S.C. §362 (the "Motion") (DE#393) seeking the lifting of the stay relating to certain property described in the Motion (the "Property"); the Debtor's *Response to Motion to Lift the Automatic Stay* (the "Response")(DE#401); the arguments of counsel at the hearings on the Motion held on August 31, 2009, September 18, 2009 and October 23, 2009; and the entire record before the Court; and good cause appearing therefor;

**IT IS HEREBY ORDERED** that for the reasons stated in open court on October 23, 2009, after 5:00 p.m. Mountain Standard Time on November 23, 2009, any and all stays and injunctions existing by way of 11 U.S.C. §362 or otherwise under the Bankruptcy Code and Rules are hereby annulled, modified, lifted, and vacated as to Rock Bottom so that Rock Bottom may notice and conduct a non-judicial foreclosure of the Property.

DATED AND SIGNED ABOVE

APPROVED AS TO FORM AND CONTENT:

SNELL & WILMER L.L.P.

By: _____
    Christopher H. Bayley, Esq./SBN 010764
    Lori Lewis, Esq./SBN 019285
    Andrew A. Harnisch, Esq./SBN 024957
    One Arizona Center
    400 E. Van Buren
    Phoenix, AZ 85004-2202
    Attorneys for Debtor-in-Possession
    U. S. American Stone and
    Minerals, Inc.


WARNICKE & LITTLER P.L.C.

By: _____
    Thomas E. Littler, Esq.
    Robert C. Warnicke, Esq.
    1411 N. Third Street
    Phoenix, Arizona 85004
    Attorneys for Rock Bottom, LLC