## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. B-07-01628-PI Column1
US American And Stone Minerals, Inc. )
)   **BUSINESS AND INDUSTRY**
)   **MONTHLY OPERATING REPORT**
)
)   MONTH OF October, 2009
)
)   DATE PETITION FILED: April 12, 2009
)
Debtor )
)   TAX PAYER ID NO. : 11-3786578

Nature of Debtor's Business: _____ Rock & Gravel Sales

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED _____
DATE PLAN OF REORGANIZATION FILED _____ TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

**RESPONSIBLE PARTY:**

_/s/ Robert Palmer_     Pres & CEO
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY     TITLE

Robert Palmer     11/15/2009
PRINTED NAME OF RESPONSIBLE PARTY     DATE

**PREPARER:**

_/s/ Robert Palmer_     Pres.& CEO
ORIGINAL SIGNATURE OF PREPARER     TITLE

Robert Palmer     11/15/2009
PRINTED NAME OF PREPARER     DATE

PERSON TO CONTACT REGARDING THIS REPORT: Robert Palmer
PHONE NUMBER: 972-662-9070
ADDRESS: 3839 Briargrove Ln. Ste 6305
Dallas, Tx. 75287

FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE

Case Number: B-07-01628-PHX-GBN

## CURRENT MONTH"S RECEIPTS AND DISBURSEMENTS

Acct Closed Jan '08

| | | BANK ACCOUNTS | | | Total |
|---|---|---|---|---|---|
| | | Operating | Payroll | Tax | |
| | | # 720401090 | # | # | |
| Balance at Beginning of Period | | -0- | | | -0- |
| **RECEIPTS** | | | | | |
| Cash Sales | | | | | |
| Accounts Rceivable - Prepetition | | | | | |
| Accounts Rceivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other (attach list) | | | | | |
| TOTAL RECEIPTS | | -0- | | | -0- |
| **DISBURSEMENTS** | | | | | |
| Business - Ordinary Operations | | | | | |
| Capitol Improvements | | | | | |
| Pre-Petition Debt | | | | | |
| Transfers to Other DIP Accounts | | | | | |
| Other (attach list) | | | | | |
| Reorganization Expenses: | | | | | |
| Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | | | | | |
| Court Costs | | | | | |
| TOTAL DISBURSEMENTS | | -0- | | | -0- |
| Balance at End of Month | | -0- | | | -0- |

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES: | |
|---|---|
| Total Disbursements From Above | -0- |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | -0- |

Page 2

Case Number: B-07-01628-PHX-GBN

# INCOME STATEMENT
(Accrual Basis)

*SEE Attached*

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | | | |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | | | |
|---|---|---|---|

Page 3

Case Number: P-07-01628-PHX-GBN

## COMPARATIVE BALANCE SHEET
(Accrual Basis)

*See Attached*

ebtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current d prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| **SSETS** | | | |
| Unrestricted Cash | | | |
| Restricted Cash | | | |
| Total Cash | | | |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Property, Plant & Equipment | | | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| OTAL ASSETS | | | |
| **OST-PETITION LIABILITIES** | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| **RE-PETITION LIABILITIES** | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| **EQUITY** | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

Page 4

## STATUS OF ASSETS

se Number: B-07-01628-PHX-GBN

nformation provided on this page should reconcile with balance sheet amounts

| OUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| tal Accounts Receivable | 225,327.83 | 0 | 0 | 225,327.83 |
| ess Amount Considered Uncollectible | 0 | 0 | 0 | 0 |
| t Accounts Receivable | 225,327.83 | 0 | 0 | 225,327.83 |

| E FROM INSIDER | |
|---|---|
| hedule Amount | 0 |
| lus: Amount Loaned Since Filing Date | |
| ess: Amount Collected Since Filing Date | |
| ess: Amount Considered Uncollectible | |
| t Due From Insiders | 0 |

| ENTORY | |
|---|---|
| ginning Inventory | 0 |
| s: Purchases | |
| s: Cost of Goods Sold | |
| ding Inventory | 0 |

Date Last Inventory was taken: N/A

| ED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| al Property | 550,000.00 | 0 | 0 | 550,000.00 |
| ldings | | | | |
| ccumulated Depreciation | | | | |
| et Buildings | 0 | 0 | 0 | 0 |
| uipment | | | | |
| ccumulated Depreciation | | | | |
| et Equipment | 0 | 0 | 0 | 0 |
| tos/Vehicles | | | | |
| ccumulated Depreciation | | | | |
| et Autos/Vehicles | 0 | 0 | 0 | 0 |

vide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

NONE

Page 5

se Number: B-07-01628-PHX-GBN

# STATUS OF LIABILITIES AND SENSITIVE PAYMENTS

Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| ST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| ccounts Payable * | | | | | |
| axes Payable | | | | | |
| otes Payable | | | | | |
| rofessional Fees Payable | | | | | |
| ecured Debt | | | | | |
| ther (attach list) | 412,799.58 | | | | 412,799.58 |
| tal Post-Petition Liabilities | 412,799.58 | | | | 412,799.58 |

BTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |
| tal Payments to Insiders | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | None | | | |
| | | | | |
| | | | | |
| | | | | |
| tal Payments to Proffessionals | | | | |

Page 6

US AMERICAN STONE & MINERALS INC
CASE NO. B-07-01628-PHX-GBN

CLASS 3 Claims
    AZ Dept of Revenue    14,397.00
    **TOTAL**    **14,397.00**

CLASS 6 Claims
    AZ Dept of Revenue    2,012.00
    **TOTAL**    **2,012.00**

REQUEST FOR ALLOWANCE OF ADMINISTRATIVE CLAIM SUBMITTED

| Name | Amount | Description |
|---|---|---|
| Billy Capps | 126.88 | Wages |
| Charles Capps | 130.50 | Wages |
| Jim Violette | 608.00 | Wages |
| James Todacheeny | 618.66 | Wages |
| Jesse Compton | 684.75 | Wages |
| Steve Furhman | 738.00 | Wages |
| Jim Blanks | 1,188.00 | Wages |
| Robert Davis | 1,188.00 | Wages |
| Billy Wesley | 2,046.00 | Wages |
| Joseph Skalla | 5,102.06 | Wages |
| William Kuebler | 5,254.25 | Wages |
| Ed Richter | 6,480.00 | Wages |
| Ron Lancaster | 9,380.00 | Wages |
| Neal Teague | 26,000.00 | Wages |
| David Clark | 75,000.00 | Wages |
| James Somma | 75,000.00 | Wages |
| Robert Palmer | 75,000.00 | Wages |
| William Gunter | 111,845.48 | Wages, Commissions and Expenses |
| **TOTAL** | **396,390.58** | |

**GRAND TOT**    **412,799.58**

Case Number: 2-07-01628-PHX-GBN

## CASE STATUS

### QUESTIONAIRE

| | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? | | ✓ |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | ✓ |
| Are any wages past due? | ✓ | |
| Are any U. S. Trustee quarterly fees delinquent? | | ✓ |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

SEE REQUEST FOR ALLOWANCE OF Administrative CLAIMS PREVIOUSLY Submitted to the court.

Current number of employees: _____

### INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |

What steps have been taken to remedy the problems which brought on the chapter 11 filing?

Continuing the process of obtaining loan, equity partners and sale of mining property.

Identify any matters that are delaying the filing of a plan of reorganization:

Page 7

## DISBURSEMENT DETAIL

;e Number: B-07-01628- PHX-GBN

Month: _____
Account # 720401090
Bank Name Chase

:opy of the bank statement for each account
ist be attached to the report. (Account closed Jan '08)

| Cash/Electronic Disbursements ||||
|---|---|---|---|
| Date | Payee | Purpose | Amount |
|  | NONE |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total Cash/Electronic Disbursements |  |

| CHECKS ISSUED |||||
|---|---|---|---|---|
| heck Number | Date | Payee | Purpose | Amount |
|  |  | NONE |  |  |

otal checks listed on this page
otal checks listed on continuation pages

OTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) — -0-

Page 8