# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | U.S. AMERICAN STONE AND MINERALS, INC. |
| **Case Number:** | 2:07-bk-01628-GBN          **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, NOVEMBER 20, 2009 09:15 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | KAYLA MORGAN |

## *Matters:*

1)  **ADV: 2-09-00281**

    **U.S. AMERICAN STONE AND MINERALS, INC. vs ROCK BOTTOM, LLC**

    STATUS HEARING FROM THE ORAL ARGUMENT ON THE ORDER TO SHOW CAUSE COMPELLING
    RELEASE OF FALSE CLAIMS HELD ON 08-11-09. (From 10-13-09)
    **R / M #:**    16 /  0

2)  CONTINUED STATUS HEARING RE: REQUEST FOR COMPLIANCE WITH ORDER OF 8/24/09 FILED BY ROCK
    BOTTOM. (FR. 10-23 & 11-06)
    **R / M #:**    427 /  0

## *Appearances:*

PATTY CHAN, US TRUSTEE
ROBERT PALMER, U.S. AMERICAN STONE AND MINERALS (T)
JOHN OWEN, U.S.A.R. (T)
ANDREW A. HARNISCH, ATTORNEY FOR U.S. AMERICAN STONE AND MINERALS
THOMAS E. LITTLER, ATTORNEY FOR ROCK BOTTOM, LLC

## *Proceedings:*

ITEM #1
MR. HARNISCH SUMMARIZES THE MATTER, STATING THAT THE TEXAS COURT HAS REFERRED THIS BACK.

THE COURT STATES THAT A HEARING NEEDS TO BE SET AND BRIEFING ESTABLISHED.

MR. LITTLER RESPONDS THAT THEY WOULD LIKE TO WORK OUT A BRIEFING SCHEDULE WITH MR. HARNISCH.

THE COURT:  A STATUS HEARING WILL BE HELD ON DECEMBER 18, 2009 AT 9:15 A.M., WHICH MAY BE SUPERCEDED BY A
STIPULATED BRIEFING SCHEDULE.

ITEM #2
MR. HARNISCH REPORTS THAT THE DOCUMENTS HAVE BEEN SIGNED.

MR. LITTLER RESPONDS THAT IT IS NOT NECESSARY TO SET A FOLLOW UP HEARING.  IT IS BELIEVED THAT THE DOCUMENTS
WILL BE RECEIVED TODAY.

THE COURT:  A FOLLOW UP HEARING IS SET FOR DECEMBER 18, 2009 AT 9:15 A.M.  IF THE DOCUMENTS ARE RECEIVED, MR.
LITTLER MAY HAVE THE HEARING VACATED.

MR. HARNISCH CONFIRMS THAT THE MONIES HAVE NOT BEEN RECEIVED.

MS. CHAN HAS NOTHING TO ADD.