JOYCE W. LINDAUER
Attorney At Law
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
(972) 503-4033 Telephone
(972) 503-4043 Facsimile

UNITED STATES BANKRUPCTY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | |
| | In proceedings Under Chapter 11 |
| U.S. AMERICAN STONE AND MINERALS, INC. | Case No. 2:07-bk-01628-GBN |
| Debtor. | |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE UNITED STATES BANKRUPCTY JUDGE:

COMES NOW, Joyce W. Lindauer, Attorney for U.S. American Stone and Minerals, Inc., Debtor-in-possession in the above styled and numbered case, requesting to withdraw as Co-counsel in this case would respectfully show the Court as follows:

1. Joyce W. Lindauer desires to withdraw as Co-counsel for U.S. American Stone and Minerals, Inc. Debtor has other counsel handling this case on its behalf.

2. It has been agreed upon by Ms. Lindauer and Mr. John Owen, for the Debtor, that she may withdraw from this case since the Debtor has very competent local counsel on board for it in this case.

**WHEREFORE,** Counsel prays for an order from the Court withdrawing her as counsel in this matter and for such other relief the Court deems just and fair.

DATED: December 23, 2009

Respectfully submitted,

/s/ Joyce W. Lindauer
Joyce W. Lindauer
SBN: 21555700
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
(972) 503-4033 Telephone
(972) 503-4034 Facsimile

**CERTIFICATE OF CONFERENCE**

On December 17, 2009, Joyce Lindauer conferred with John Owen in regards to the filing of this Motion to Withdraw as Counsel and he indicated he had no opposition.

/s/ Joyce W. Lindauer
Joyce W. Lindauer

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing *Motion to Withdraw as Counsel* was on this December 23, 2009 forwarded by electronic filing to those persons receiving electronic notice or first class US Mail to the following parties:

**U.S. American Stone and Minerals, Inc.**
c/o Christopher H. Bayley, Esq.
Lori Lewis, Esq.
Andrew A. Harnisch, Esq.
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202

**Jonathan E. Hess**
Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, Arizona 85003

/s/ Joyce W. Lindauer
Joyce W. Lindauer