# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | U.S. AMERICAN STONE AND MINERALS, INC. | | |
| **Case Number:** | 2:07-bk-01628-GBN | **Chapter:** | 11 |
| **Date / Time / Room:** | FRIDAY, DECEMBER 18, 2009 09:15 AM   7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN | | |
| **Courtroom Clerk:** | JAN HERNANDEZ | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## *Matters:*

1) **ADV: 2-09-00281**

   **U.S. AMERICAN STONE AND MINERALS, INC. vs ROCK BOTTOM, LLC**

   CONTINUED STATUS HEARING FROM THE ORAL ARGUMENT ON THE ORDER TO SHOW CAUSE COMPELLING RELEASE OF FALSE CLAIMS HELD ON 08-11-09. (Fr 10-13 & 11-20)

   **R / M #:**   16 / 0

2) CONTINUED STATUS HEARING RE: REQUEST FOR COMPLIANCE WITH ORDER OF 8/24/09 FILED BY ROCK BOTTOM. (FR. 10-23,11-06 & 11-20)

   **R / M #:**   427 / 0

3) **ADV: 2-07-00293**

   **Gerald Blank Trust vs U.S. AMERICAN STONE AND MINERALS, INC.**

   STATUS HEARING RE: PLAINTIFF'S CONTEMPLATED MOTION FOR SUMMARY JUDGMENT.

   **R / M #:**   88 / 0

## *Appearances:*

ANDREW A. HARNISCH, ATTORNEY FOR U.S. AMERICAN STONE AND MINERALS
THOMAS E. LITTLER, ATTORNEY FOR ROCK BOTTOM, LLC
MISTY WENIGER, ATTORNEY FOR U.S. AMERICAN RESOURCES, INC.
JAY KRASOFF, ROCK BOTTOM (T)
JOHN OWEN, AMERICAN RESOURCES (T)

Case 2:07-bk-01628-GBN   Doc 472   Filed 12/18/09   Entered 12/28/09 15:19:45   Desc
Main Document    Page 1 of 2
12/28/2009   3:19:08PM

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...    2:07-bk-01628-GBN           FRIDAY, DECEMBER 18, 2009 09:15 AM

## *Proceedings:*

ITEM #1
THE COURT NOTES THAT THERE WAS TALK REGARDING A STIPULATED BRIEFING SCHEDULE.

MR. HARNISCH RESPONDS THAT, YES, THERE WAS AND MR. LITTLER ADVISES THAT THIS IS A MATTER COMING BACK FROM TEXAS.

THE COURT: THE CREDITOR WILL HAVE ITS PAPER FILED AND SERVED BY JANUARY 29, 2010 WITH THE DEBTOR TO RESPOND NO LATER THAN MARCH 1, 2010. ANY REPLY WILL BE DUE BY MARCH 8, 2010. ORAL ARGUMENT ON THE DEFENDANT'S MOTION WILL BE HELD ON MARCH 12, 2010 AT 10:30 A.M.

ITEM #2
MR. HARNISCH ADVISES THAT COUNSEL ARE DONE.

MR. LITTLER NOTES THAT THE TRUSTEE WILL BE COMING UP.

THE COURT: NO FURTHER HEARINGS WILL BE SET.

ITEM #3
MR. HARNISCH RELATES THAT COUNSEL FOR MR. CLARK IS NOT PRESENT AND ADDS THAT THERE HAS BEEN NO CONTACT. IT IS RELATED THAT A MOTION FOR SUMMARY JUDGMENT WAS GOING TO BE FILED.

THE COURT: A STATUS HEARING WILL BE HELD ON MARCH 12, 2010 AT 10:30 A.M. A CHAPTER 11 STATUS HEARING WILL ALSO BE CONDUCTED ON THAT DATE AND TIME.

MR. LITTLER ADVISES IF THE LOAN IS NOT FUNDED BY THE OF THE YEAR, MOTIONS MAY BE FILED.

CC: ANTHONY CLARK
ecf@awcesq.com

Page 2 of 2

Case 2:07-bk-01628-GBN    Doc 472    Filed 12/18/09    Entered 12/28/09 15:19:45    Desc
Main Document    Page 2 of 2                                              12/28/2009  3:19:08PM