WARNICKE & LITTLER, P.L.C.
1411 N. Third Street
Phoenix, Arizona 85004
TELEPHONE (602) 256-0400
FAX (602) 256-0345
E-MAIL: administrator@warnickelittler.com
Thomas E. Littler/SBN 006917
Robert C. Warnicke/SBN 015345
Attorneys for the Defendant Rock Bottom, LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | In proceedings Under Chapter 11 |
|---|---|
| U. S. AMERICAN STONE AND MINERALS, INC. | Case No. 2:07-bk-01628-GBN |
| Debtor. | Adversary No. 2:09-ap-00281-GBN |

## NOTICE OF HEARING ON ROCK BOTTOM LLC'S MOTION TO CONVERT CASE TO CHAPTER 7

**PLEASE TAKE NOTICE THAT** U. S. American Stone and Minerals, Inc., has filed a Motion to Convert Case to Chapter 7 (the "Motion"). The Motion requests that the Court enter an Order converting this case to a case under Chapter 7 for the following reasons:

(i) Debtor's activities are causing a substantial and continuing loss and diminution of the estate;

(ii) There is no likelihood of rehabilitation of this Debtor;

(iii) Debtor has grossly mismanaged this case and its business; and

(iv) Debtor has failed to timely present and confirm a plan of reorganization and has no reasonable likelihood of getting a plan confirmed or rehabilitation.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Objection will be held before the United States Bankruptcy Court on **March 12, 2010, at 10:30 a.m.** before The Honorable George B. Nielsen at 230 North First Avenue, 7th Floor, Courtroom 702, Phoenix, Arizona 85003.

**PLEASE TAKE FURTHER NOTICE THAT** objections/responses, if any, to the Motion

must be made in writing, filed with the Bankruptcy Court, and served no later than 5:00 p.m. on March 1, 2010 and a copy of any such response must be concurrently delivered to:

> Thomas E. Littler, Esq.
> Robert C. Warnicke, Esq.
> WARNICKE & LITTLER, P.L.C.
> 1411 North Third Street
> Phoenix, Arizona 85004
> Attorneys for Rock Bottom, LLC

and replies, if any, will be due no later than 5:00 p.m. on March 4, 2010.

PLEASE TAKE FURTHER NOTICE THAT all filings in this case are on the Internet at http://ecf/azb.uscourts.gov and may be downloaded for viewing or printing with Adobe® Acrobat® Reader.

DATED this _____ day of February, 2010.

WARNICKE & LITTLER, P.L.C.

By _____
Thomas E. Littler
Robert C. Warnicke
1411 N. Third Street
Phoenix, Arizona 85004
Attorneys for Defendant Rock Bottom, LLC

COPY of the foregoing mailed this ___ day of February, 2009, to:

To all parties in interest listed on Exhibit A and all Creditors listed on Exhibit B attached hereto

By _____

# EXHIBIT A

Christopher H. Bayley, Esq.
Lori Lewis, Esq.
Andrew A. Harnisch, Esq.
SNELL & WILMER, L.P
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for Debtor-in-Possession
Plaintiff U. S. American Stone and
Minerals, Inc.

Jonathan E. Hess
Office of the U. S. Trustee
230 N. First Avenue, Suite 204
Phoenix, Arizona 85003

Joyce Lindauer
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231
Counsel for Debtor

EXIHBIT B


```
Label Matrix for local noticing          ARIZONA DEPARTMENT OF REVENUE           AZ DEPARTMENT OF REVENUE
0970-2                                    c/o Christina M. Harper                  BANKRUPTCY & LITIGATION
Case 2:07-bk-01628-GBN                    Assistant Attorney General               1600 W. MONROE, 7TH FL.
District of Arizona                       Office of the Attorney General           PHOENIX, AZ 85007-2612
Phoenix                                   1275 West Washington
Fri Feb 5 12:14:58 MST 2010               Phoenix, AZ 85007-2997

Arizona Department of Environmental Quality   COLLINS, MAY, POTENZA, BARAN & GILLESPIE, P.   International Energy & Resources, Inc.
C/O Robert Ward, Asst. Attorney General       201 N. Central Ave.                             3839 Briargrove Lane
1275 West Washington                          Suite 2210                                      Suite 6305
Phoenix, AZ 85007-2926                        Phoenix, AZ 85004-0676                          Dallas, TX 75287-6377


ROCK BOTTOM, LLC                          State of Arizona, ex rel Joe Hart, Arizona S   The Gerald Blank Trust
C/O Henk Taylor                           1700 West Washington, 4th Floor;               5830 N Echo Canyon Ln
Lewis and Roca, LLP                       Phoenix, AZ 85007-2821                         Phoenix, AZ 85018-1248
40 N. Central
Phoenix, AZ 85004-4446


U.S. AMERICAN STONE AND MINERALS, INC.    U.S. American Resources, Inc.            Vineyard Office Plaza, LLC
3839 BRIARGROVE LANE                      3839 Briargrove Lane, Suite 6305         c/o David L. Knapper, Esq.
SUITE 6207                                Dallas, TX 75287-6377                    1599 East Orangewood Avenue
DALLAS, TX 75287-6376                                                              Suite 125
                                                                                   Phoenix, AZ 85020-5159


U.S. Bankruptcy Court, Arizona            3839 Briargrove Ln.                      ARIZONA DEPT OF REVENUE
230 North First Avenue, Suite 101         Suite 6305                               SPECIAL OPERATIONS
Phoenix, AZ 85003-0608                    Dallas, Texas 75287-6377                 1600 W MONROE, 7TH FLOOR
                                                                                   PHOENIX, AZ 85007-2612


American Express                          American Express Bank FSB                American Express Bank, FSB
P.O. Box 5207                             c/o Becket and Lee LLP                   c/o Phillips and Cohen Associates, LTD
Ft. Lauderdale, FL 33310-5207             POB 3001                                 258 Chapman Rd, Ste 205
                                          Malvern PA 19355-0701                    Newark DE 19702-5444


Arthur I. Ungerman                        Attorney General of Texas                Blasting Contractors, LLC
Arthur I. Ungerman, Esquire               Bankruptcy Division                      c/o Philip R. Wooten, P.C.
One Glen Lakes Tower                      PO Box 12548                             3413 E. Equestrian Trail
8140 Walnut Hill Ln., No. 301             Austin, TX 78711-2548                    Phoenix AZ 85044-3403
Dallas, TX 75231-4328


Capital Title Agency Inc.                 Collins, May, Potenza, Baran & Gillespie, P.   Dallas County
Attn: Trust Dept.                         201 N. Central Ave., Suite 2210                Linebarger Goggan Blair Et al
2901 E. Camelback Rd                      Phoenix, Arizona 85004-0676                    c/o Elizabeth Weller
Phoenix, AZ 85016-4431                                                                   2323 Bryan Street Suite 1600
                                                                                         Dallas, TX 75201-2644


Dallas County                             Dallas County                            David Clark
c/o Elizabeth Weller                      c/o Laurie A. Spindler                   3839 Briargrove Ln.
Linebarger Goggan Blair Et al             Linebarger Goggan Blair Et al            Suite 6305
2323 Bryan Street, Suite 1600             2323 Bryan St  Ste 1600                  Dallas, Texas 75287-6377
Dallas, TX 75201-2644                     Dallas, TX 75201-2644


George H. Lyons                           (p) INTERNAL REVENUE SERVICE             Internal Revenue Service
Law Offices of George H. Lyons            CENTRALIZED INSOLVENCY OPERATIONS        Special Procedures
2398 E. Camelback Road, Suite 1010        PO BOX 21126                             1100 Commerce St Room 1254
Phoenix, AZ 85016-9022                    PHILADELPHIA PA 19114-0326               Mail Code DAL-5020
                                                                                   Dallas, TX 75242-1305
```

International Energy and Resources, Inc.
PO Box 703729
Dallas, TX 75370-3729

James Soma
3839 Briargrove Ln.
Suite 6305
Dallas, texas 75287-6377

Joyce W. Lindauer
Joyce W. Lindauer, Attorney at Law
8140 Walnut Hill Lane, Suite 301
Dallas, TX 75231-4328

Kathy O'Connor Burroughs
5 Keller Street
Petaluma, CA 94952-2349

Kyle Tauch
c/o Greenberg Traurig, LLP
2375 E. Camelback Rd, Suite 700
Phoenix, AZ 85016-9000

Kyle Tauch,
c/o Henk Taylor
Lewis and Roca, LLP
40 N. Central
Phoenix, AZ 85004-4446

Nicholas Christian Inman
8140 Walnut Hill Ln, Ste 301
Dallas, TX 75231-4328

Robert Palmer
3839 Briargrove Ln.
Suite 6305
Dallas, Texas 75287-6377

Rock Bottom, LLC,
c/o Thomas E. Littler, ESQ
Warnicke & Littler, PLC
1411 N. Third Street
Phoenix, Az 85004

Ronn O'Connor
676 Parkhill Rd.
Danville, CA 94526-3616

St. of Arizona ex rel Joe Hart, Mine Inspect
c/o John M. Jacobs
Assistant Attorney General
Office of the Attorney General
1275 W Washington
Phoenix, AZ 85007-2997

Stephen Fehrmann
c/o James F. Kahn, P.C.
301 East Bethany Home Rd., Ste C-195
Phoenix, Arizona 85012-1266

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
101 E. 15th St.
Austin, TX 78778-0001

U. S. Attorney
Main & Justice Bldg.
10th & Pennsylvania NW
Washington, DC 20530-0001

U.S. AMERICAN STONE AND MINERALS, INC.
c/o Daniel P. Collins
Collins, May, Potenza, Baran & Gillespie
201 N. Central Ave., Suite 2210
Phoenix, AZ 85004-0676

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003-1725

US American Resources Inc.
3839 Briargrove Ln.
Suite 6305
Dallas, Texas 75287-6377

US American Resources, Inc.
3839 Briargrove Lane
Suite 6207
Dallas, TX 75287-6376

UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

United Recoverty Systems, Inc.
PO Box 722929
Houston, TX 77272-2929

Vineyard Office Plaza
515 E. Carefree Hwy No. 322
Phoenix, AZ 85085-8839

Vineyard Office Plaza, LLC
c/o David L. Knapper, Esq.
1599 E. Orangewood Avenue, Suite 125
Phoenix, Arizona 85020-5159

ANDREW A. HARNISCH
SNELL & WILMER LLP
ONE ARIZONA CENTER
400 E VAN BUREN
PHOENIX, AZ 85004-2223

ARTHUR I. UNGERMAN
ONE GLEN LAKES TOWER
8140 WALNUT HILL LN, NO.301
DALLAS, TX 75231-4328

CHRISTOPHER H. BAYLEY
SNELL & WILMER, L.L.P.
ONE ARIZONA CENTER
400 E. VAN BUREN
PHOENIX, AZ 85004-2223

David Clark
3839 Briargrove Ln. Suite 6305
Dallas, TX 75287-6377

ERIC S. PEZOLD
SNELL & WILMER, LLP
ONE ARIZONA CENTER
PHOENIX, AZ 85004-2280

EVANS O'BRIEN
SNELL & WILMER LLP
ONE ARIZONA CENTER
400 E VAN BUREN
PHOENIX, AZ 85004-2223

Ed Richter
3839 Briargrove Suite 6305
Dallas, TX 75287-6377

Use Avery® TEMPLATE 5160® — Feed Paper — for Easy Peel Feature 

| | | |
|---|---|---|
| James Somma<br>1000 E. Ash Ln.<br>#2001<br>Euless, TX 76039-4770 | Joseph Skalla<br>3839 Briargrove Ln. Suite 6305<br>Dallas, TX 75287-6377 | LORI A LEWIS<br>SNELL & WILMER LLP<br>ONE ARIZONA CENTER<br>PHOENIX, AZ 85004-2280 |
| Neil Teague<br>3839 Briargrove Ln. Suite 6305<br>Dallas, TX 75287-6377 | ROBERT PALMER<br>3839 Briargrove Ln.<br>Suite 6305<br>Dallas, TX 75287-6377 | Ron Lancaster<br>3839 Briargrove Ln. Suite 6305<br>Dallas, TX 75287-6377 |
| STEPHEN FEHRMANN<br>4519 W. COMMONWEALTH WAY<br>CHANDLER, AZ 85226-4830 | WILLIAM ROBERT GUNTER JR.<br>2407 N. 37TH WAY<br>PHOENIX, AZ 85008-2219 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECT<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)3839 Briargrove Ln.<br>Suite 6305<br>Dallas, Texas 75287-6377 | (d)3839 Briargrove Ln. Suite 6305<br>Dallas, Texas 75287-6377 | (d)Arizona Department of Environmental Quali<br>C/O Robert Ward<br>Asst. Attorney General<br>1275 West Washington<br>Phoenix, AZ 85007-2997 |
| (d)The Gerald Blank Trust<br>5830 N Echo Canyon Ln<br>Phoenix, AZ 85018-1248 | (d)U.S. American Stone and Minerals, Inc.<br>3839 Briargrove Lane<br>Suite 6207<br>Dallas, TX 75287-6376 | (u)DENNIS BUTNER |
| (d)JOYCE W. LINDAUER<br>JOYCE W. LINDAUER, ATTORNEY AT LAW<br>8140 WALNUT HILL LANE, SUITE 301<br>DALLAS, TX 75231-4328 | (d)KYLE TAUCH<br>c/o Henk Taylor<br>Lewis and Roca, LLP<br>40 N. Central<br>Phoenix, AZ 85004-4446 | (d)NICHOLAS CHRISTIAN INMAN<br>8140 WALNUT HILL LN, STE 301<br>DALLAS, TX 75231-4328 |

End of Label Matrix
Mailable recipients   67
Bypassed recipients    9
Total                 76