DENNIS K. BURKE
United States Attorney
District of Arizona

HEATHER D. HORTON
Special Assistant United States Attorney
ID No. 1000359620
4041 N. Central Avenue
Suite 112
M/S 2200PX
Phoenix, AZ 85012
Telephone: (602) 636-9600

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>U.S. AMERICAN STONE<br>& MINERALS, INC.<br>XX-XXX6578,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 2:07-01628-GBN<br><br>Date: March 12, 2010<br>Time: 10:30 AM<br>Place: Phoenix, AZ<br>Courtroom: 702, 7th Floor |

**UNITED STATES' (IRS) JOINDER IN ROCK BOTTOM LLC'S MOTION**
**TO CONVERT CASE TO CHAPTER 7**

      Creditor United States (IRS), by and through the undersigned Special Assistant United States Attorney for the District of Arizona, hereby joins in the Motion to Convert Case to Chapter 7 filed by Rock Bottom LLC in the above-referenced case for the following reasons:

      1.    The debtor filed a petition commencing proceedings under Chapter 11 of the Bankruptcy Code on or about February 27, 2007.

      2.    The IRS is a party in interest holding a pre-petition claim for employment and income tax liabilities incurred by the debtor in the amount of $62,329.87 as of the petition date; of this amount the IRS has an unsecured priority claim in the amount

of $52,575.48 and a general unsecured claim in the amount of $9,754.39, as is reflected on Amendment No. 1 to IRS Proof of Claim, dated May 3, 2007, attached hereto as Exhibit A.

    3.  The IRS' proof of claim was estimated because the debtor failed to file pre-petition employment tax returns for the quarters ending September 30, 2005, December 31, 2005, March 31, 2006, June 30, 2006, September 30, 2006, December 31, 2006, and March 31, 2007, and income tax returns for the years ending December 31, 2005 and December 31, 2006.

    4.  Since no objection was made to the IRS Proof of Claim, it is deemed allowed under section 502(a).

    5.  The debtor failed to respond to letters from the IRS concerning the unfiled returns.  Furthermore, the debtor's attorney never responded to attempts by the IRS to obtain information necessary to determine the accuracy of the IRS claim.

    6.  Pursuant to 11 U.S.C. § 1112(b), on request of a party of interest, this Court is empowered to convert a case from Chapter 11 to Chapter 7, in the best interest of creditors for cause.

    7.  A debtor-in-possession is obligated to perform the duties of a Section 1106 trustee, including the duties set forth in 11 U.S.C. § 704(8).  11 U.S.C. § 1107(a).

    8.  Operating as a debtor-in-possession, the debtor's obligation to file tax returns and to pay federal employment taxes and income taxes continues.  11 U.S.C. § 1107(a); See In re Samuel Chapman, Inc., 394 F.2d 340 (2nd Cir. 1968).

9. According to IRS records, the debtor obtained its employer identification number in August 2006 and has never filed either employment or corporate income tax returns.

10. The debtor's failure to file its tax returns constitutes an unexcused failure to satisfy timely any filing or reporting requirement imposed by the Internal Revenue Code, or cause. 11 U.S.C. § 1112(b)(4)(F).

11. The debtor should not be permitted to avail itself of the special and equitable benefits afforded by Title 11 of the United States Code while steadfastly ignoring the duties and responsibilities imposed by Title 26 of that Code.

12. To date, the debtor has been unable to effectuate a plan of reorganization.

13. Inability to confirm a plan constitutes cause for conversion under 11 U.S.C. § 1112(b)(4)(J).

14. Based on the fact that the debtor has failed to fulfill its statutory duty to file all required tax returns and the debtor's inability to confirm a plan, conversion of this case to Chapter 7 will serve the best interest of the estate and its creditors.

WHEREFORE, Creditor United States of America (IRS), joins in the Motion to Convert Case to Chapter 7 filed by Rock Bottom, LLC.

| | |
|---|---|
| 1 | Respectfully submitted this  2nd  day of March, 2010. |
| 2 | DENNIS K. BURKE<br>United States Attorney |
| 3 | District of Arizona |

By: /S/ HEATHER D. HORTON,#359620
HEATHER D. HORTON
Special Assist. U.S. Attorney

A copy of the foregoing mailed this
 2nd  day of March, 2010 to:

Thomas E. Littler, Esq.
Robert C. Warnicke, Esq.
Attorney for Rock Bottom, LLC
WARNICKE & LITTLER, P.L.C.
1411 North Third Street
Phoenix, Arizona 85004

Christopher H. Bayley, Esq.
Lori Lewis, Esq.
Andrew A. Harnisch, Esq.
SNELL & WILMER, L.P.
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202

Office of the U.S. Trustee
230 N. 1st Avenue
Suite 204
Phoenix, Arizona 85003-1706

Joyce Lindauer
8140 Walnut Hill Lane, Suite 301
Dallas, Texas 75231
Counsel for Debtor


/S/ DONNNA M. YOUNG
DONNA M. YOUNG
Legal Assistant