GORDON SILVER
THOMAS E. LITTLER, ESQ./SBN 006917
E-mail: tlittler@gordonsilver.com
ROBERT C. WARNICKE, ESQ./SBN 015345
E-mail: robert.warnicke@gordonsilver.com
40 North Central Avenue, Ste. 2100
Phoenix, Arizona 85004
Telephone (602) 256-0400
Facsimile (602) 256-0345
Attorneys for rock Bottom, LLC

SNELL & WILMER, LLP
CHRISTOPHER H. BAYLEY/SBN 010764
E-mail: cbayley@swlaw.com
ANDREW A. HARNISCH/SBN 024957
E-mail: aharnisch@swlaw.com
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004
Telephone (602) 382-6000
Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

In re:

U. S. AMERICAN STONE AND MINERALS, INC.,

Debtor.

Case No.: 2:07-bk-01628-GBN

Chapter 11

### ORDER APPROVING STIPULATION TO CONTINUE BRIEFING SCHEDULE

U. S. American Stone and Minerals, Inc. ("Debtor") and Rock Bottom, LLC ('Rock Bottom"), by and through their respective counsel undersigned, having filed a Stipulation to Continue Briefing Schedule and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

1. Rock Bottom's opening brief shall be filed on or before April 30, 2010;

2. The Debtor's responsive brief and the brief of any other interested party shall be filed on or before May 21, 2010;

3. Rock Bottom's reply memorandum, if it chooses to file one, shall be filed no later than May 31, 2010; and

1     4.     Oral Argument on the OSC shall be rescheduled to <u>July 8</u>,
2010 at <u>11:00</u> <u>a</u>.m.

DATED AND SIGNED ABOVE

Gordon Silver
40 North Central Ave.
Suite 2100
Phoenix, Arizona 85004
(602) 256-0400

102420-001/886255

2