1  GORDON SILVER
   THOMAS E. LITTLER, ESQ./SBN 006017
2  ROBERT C. WARNICKE, ESQ./SBN 015345
   E-mail: phxnotices@gordonsilver.com, ESQ.
3  40 n. Central Avenue, Ste. 2100
   Phoenix, Arizona 85004
4  Telephone (602) 256-0400
   Facsimile (602) 256-0345 Attorneys for Rock Bottom

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF NEVADA

| In re: | Case No.: 2:07-bk-01628-GBN |
|---|---|
| U. S. AMERICAN STONE AND MINERALS, INC. | Chapter 11 |
| Debtor. | |

### ORDER CONVERTING CASE UNDER CHAPTER 11 TO CASE UNDER CHAPTER 7

A hearing having been held on the 12th day of March, 2010 before the Honorable George B. Nielsen upon Rock Bottom, LLC's Motion to Convert Chapter 11 Case to Chapter 7, proper notice having been given, a Response to Motion to Convert Case to Chapter 7 having been filed and arguments heard thereon, the Court having considered same, and good cause appearing therefore, this Court finds that this Chapter 11 case is converted to a case under Chapter 7.

DATED AND SIGNED ABOVE

APPROVED AS TO FORM AND CONTENT:

SNELL & WILMER, LLP

By /s/ _____
Christopher H. Bayley/SBN 010764
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004
Attorneys for Debtor

102420-001/899801