GORDON SILVER
THOMAS E. LITTLER, ESQ./SBN 006917
E-mail: tlittler@gordonsilver.com
ROBERT C. WARNICKE, ESQ./SBN 015345
E-mail: robert.warnicke@gordonsilver.com
40 North Central Avenue, Ste. 2100
Phoenix, Arizona 85004
Telephone (602) 256-0400
Facsimile (602) 256-0345
Attorneys for rock Bottom, LLC

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>U. S. AMERICAN STONE AND MINERALS, INC.,<br>        Debtor. | Case No.: 2:07-bk-01628<br><br>Chapter 11 |

## MOTION TO CONTINUE ROCK BOTTOM LLC's DEADLINE TO FILE OPENING BRIEF

Rock Bottom, LLC ("Rock Bottom"), by and through its counsel undersigned, hereby moves the Court to continue the date for Rock Bottom to file its Opening Brief on the issue of "alter ego" with respect to the Order to Show Cause compelling Release of False Claims on the grounds and for the reason that this proceeding has been converted from a Chapter 11 to a Chapter 7 proceeding.

Counsel has spoken to the attorneys for the Trustee and they do not oppose this continuance.

Therefore, Debtor requests that it have until after Debtor's new schedules are due to file its opening brief.

DATED this 30th day of April, 2010.

GORDON SILVER

By /s/ _____
Thomas E. Littler, Esq.
Robert C. Warnicke, Esq.
40 N. Central Avenue, Ste. 2100
Phoenix, Arizona 85004
Attorneys for Rock Bottom, LLC

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada
(702) 796-5555

102420-001/914547

Case 2:07-bk-01628-GBN    Doc 496    Filed 04/30/10    Entered 04/30/10 15:12:19    Desc
Main Document    Page 1 of 2

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

1  COPY of the foregoing mailed
2  this 30th day of April, 2010, to

3  Adam B. Nach, Esq.
   Lane & Nach, PC
4  2025 N. Third Street, Ste 157
   Phoenix, Arizona 85004
5  Attorneys for Jill Ford, Trustee

6  Joyce W. Lindauer, Esq.
   Joyce W. Lindauer, Attorney at Law
7  8140 Walnut Hill Lane, Suite 301
   Dallas, Texas 75231
8  Attorney for Debtor/Debtor-In-Possession
   E-mail: joyce@joycelindauer.com
9
   Jonathan E. Hess, Esq.
10 Office of the U. S. Trustee
   230 North First Avenue, Suite 204
11 Phoenix, Arizona 85003-1706
   E-mail: jon.e.hess@usdoj.gov
12
   Christopher H. Bayley
13 Andrew A. Harnisch
   One Arizona Center
14 400 E. Van Buren
   Phoenix, Arizona 85004
15 Attorneys for Debtor

16

17 By /s/ Gayle N. Crabtree

18
19
20
21
22
23
24
25
26
27
28

102420-001/914547

2