GORDON SILVER
THOMAS E. LITTLER, ESQ./SBN 006917
E-mail: tlittler@gordonsilver.com
ROBERT C. WARNICKE, ESQ./SBN 015345
E-mail: robert.warnicke@gordonsilver.com
40 North Central Avenue, Ste. 2100
Phoenix, Arizona 85004
Telephone (602) 256-0400
Facsimile (602) 256-0345
Attorneys for rock Bottom, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

In re:

U. S. AMERICAN STONE AND MINERALS, INC.,

    Debtor.

Case No.: 2:07-bk-01628-GBN

Chapter 7

**ORDER APPROVING MOTION TO CONTINUE ROCK BOTTOM'S DEADLINE TO FILE OPENING BRIEF**

Rock Bottom, LLC ('Rock Bottom"), by and through its counsel undersigned, having filed a Motion to Continue Rock Bottom's Deadline to File Opening Brief and good cause appearing therefore,

IT IS HEREBY ORDERED that Rock Bottom have until after Debtor's new schedules are due to file its opening brief regarding the issue of "alter ego" with respect to the Order to Show Cause compelling Release of False Claims.

DATED AND SIGNED ABOVE

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

102420-001/914696

Case 2:07-bk-01628-GBN   Doc 498   Filed 05/03/10   Entered 05/04/10 14:28:12   Desc
Main Document    Page 1 of 1