Christopher H. Bayley, #010764
Lori A. Lewis, #019285
Andrew A. Harnisch (#024957)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Internet: cbayley@swlaw.com
llewis@swlaw.com
aharnisch@swlaw.com
*Attorneys for Debtor.*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re:<br><br>U.S. AMERICAN STONE AND MINERALS, INC.<br><br>Debtor. | Proceedings Under Chapter 7<br><br>Case No. 07-01628 -GBN<br><br>**ORDER SETTING HEARING ON MOTION TO RECONSIDER ORDER GRANTING THE APPLICATION FOR RULE 2004 EXAMINATION AND PRODUCTION OF DOCUMENTS**<br><br>Date: June 28, 2010<br>Time: 9:30 a.m.<br>Location: 230 N. First Ave.<br>7th Floor, Courtroom 702<br>Phoenix, AZ 85003<br><br>Related to DE(s): 503, 506, 508 |

Upon consideration of the "Motion To Reconsider Order Granting The Application For Rule 2004 Examination And Production Of Documents" ("Motion") filed by Debtor U.S. American Stone and Minerals, Inc. ("Debtor"),

IT IS HEREBY ORDERED that a hearing on the Motion will be held on **June 28, 2010, at 9:30 a.m.**, before the Honorable George B. Nielsen, Jr., 230 N. First Ave., 7th Floor, Courtroom 702, Phoenix, AZ 85003. Responses to the Motion, if any, shall be filed and served no later than June 21, 2010.

. . .

11567572.1

1   IT IS FURTHER ORDERED that the 2004 examination is suspended pending hearing on
2   the Motion.
3   DATED AND SIGNED ABOVE.

11567572.1