Christopher H. Bayley, #010764
Lori A. Lewis, #019285
Andrew A. Harnisch, #024957
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Internet:    cbayley@swlaw.com
             llewis@swlaw.com
             aharnisch@swlaw.com
Attorneys for Debtor-in-Possession U.S. American Stone and Minerals, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>U.S. AMERICAN STONE AND MINERALS, INC.<br><br>Debtor. | Proceedings Under Chapter 7<br><br>Case No. 2:07-bk-01628-GBN<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR AND NOTICE OF LODGING ORDER** |

Snell & Wilmer L.L.P., respectfully requests to withdraw as Debtor's counsel in this case. Financial obligations and commitments to Snell & Wilmer have not been met, despite repeated notices and requests by counsel over an extended period of time. This motion is made pursuant to Local Rule 9010-(b). Continuation of the representation would work an extreme hardship on undersigned. The Debtor's contact information is:

> U.S. American Stone and Minerals
> 3839 Briargrove Lane, Suite 6305
> Dallas, TX 75287
> Facsimile: (214) 853-5981

10969205

The undersigned certifies that the Debtor and has been notified in writing of the status of the case, including dates and times of Court hearings or trial settings, and the need to comply with any existing Court Orders, discovery requests, and the possibility of sanctions for failure to comply. A form of order allowing withdrawal has been uploaded herewith.

RESPECTFULLY SUBMITTED this 18th day of June, 2010.

SNELL & WILMER L.L.P.

By /s/ AAH (024957)
Christopher H. Bayley
Lori A. Lewis
Andrew A. Harnisch
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Attorneys for Debtor U.S. American Stone and Minerals, Inc.

APPROVED BY:

John Owen, Director
U.S. American Stone and Minerals

10969205

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

COPY of the foregoing served by
U. S. Mail and/or Email on the
18th day of June, 2010, to:

| | |
|---|---|
| U.S. American Stone and Minerals, Inc.<br>3839 Briar Grove Lane, Suite 6207<br>Dallas, TX 75287<br>Debtor | Anthony W. Clark<br>Anthony W. Clark and Associates, PLLC<br>1212 W. Camelback<br>Phoenix, AZ 85013<br>Email:  awc@awcesq.com<br>          ecf@awcesq.com |
| Jill H. Ford<br>P.O. Box 5845<br>Carefree, AZ 85377<br>Chapter 7 Trustee<br>Email: jford@trustee.phxcoxmail.com<br>         AZ31@ecfcbis.com | Daniel P. Collins<br>Collins, May, Potenza, Baran & Gillespie, P.C.<br>2210 Chase Tower<br>201 N. Central Avenue<br>Phoenix, Arizona 85004~0022<br>Email: dcollins@cmpbglaw.com |
| Adam B. Nach<br>Lane & Nach, P.C.<br>2025 N. Third Street, Suite 157<br>Phoenix, AZ 85004<br>Attorney for Trustee<br>Email: adam.nach@azbar.org | Christina M. Harper<br>John M. Jacobs<br>Robert V. Ward<br>Assistant Attorney General<br>1275 West Washington Street<br>Phoenix, Arizona 85007-2926<br>Email: christina.harper@azag.gov<br>         John.Jacobs@azag.gov<br>         Robert.Ward@azag.gov |
| Elizabeth C. Amorosi<br>Office of the U.S. Trustee<br>230 N. 1st Avenue, Suite 204<br>Phoenix, AZ 85003<br>Email: elizabeth.c.amorosi@usdoj.gov | |
| David 1. Knapper<br>Law Offices of David L. Knapper<br>1599 E. Orangewood Avenue, Suite 125<br>Phoenix, Arizona 85020<br>Email: david.knapper@azbar.org<br>         assistant@knapperlaw.com | George H. Lyons<br>Law Offices of George H. Lyons<br>2398 E. Camelback Road, Suite 1010<br>Phoenix, AZ 85016<br>Internet: glyons@georgelyons.com |
| Henk Taylor, Esq.<br>Lewis and Roca LLP<br>40 N. Central Avenue, Suite 1900<br>Phoenix, Arizona 85004-4429<br>E-mail address: Htaylor@lrlaw.com | Warnicke & Littler, P.L.C.<br>1411 N. Third Street<br>Phoenix, Arizona 85004<br>Email: administrator@wamickelittler.com |
| Joyce W. Lindauer<br>Joyce W. Lindauer, Attorney at Law<br>8140 Walnut Hill Lane, Suite 301<br>Dallas, TX 75231<br>Email:  joyce@joycelindauer.com | Robert A. Mandel<br>GreenbergTraurig<br>2375 E. Camelback Rd.<br>Phoenix AZ 85016<br>Email: MandelR@gtlaw.com |

/s/  Jennette Golder

10969205

Christopher H. Bayley, #010764
Lori A. Lewis, #019285
Andrew A. Harnisch, #024957
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Internet:   cbayley@swlaw.com
            llewis@swlaw.com
            aharnisch@swlaw.com
Attorneys for Debtor-in-Possession U.S. American Stone and Minerals, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | Proceedings Under Chapter 11 |
|---|---|
| U.S. AMERICAN STONE AND MINERALS, INC. | Case No. 2:07-bk-01628-GBN |
| Debtor. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR** |

Upon motion of Snell & Wilmer L.L.P. to withdraw as counsel for Debtor, U.S. American Stone and Minerals, Inc., and good cause appearing,

IT IS ORDERED granting the motion and allowing Snell & Wilmer to withdraw as attorneys of record for the Debtor.

IT IS FURTHER ORDERED that any further pleadings shall be sent to:

U.S. American Stone and Minerals
3839 Briargrove Lane, Suite 6305
Dallas, TX 75287
Facsimile: (214) 853-5981

DATED AND SIGNED ABOVE.

10969630