**ORDERED ACCORDINGLY.**



Dated: June 22, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

1 Christopher H. Bayley, #010764
Lori A. Lewis, #019285
2 Andrew A. Harnisch, #024957
SNELL & WILMER L.L.P.
3 One Arizona Center
400 E. Van Buren
4 Phoenix, AZ 85004-2202
5 Telephone: (602) 382-6000
Facsimile: (602) 382-6070
6 Internet: cbayley@swlaw.com
llewis@swlaw.com
7 aharnisch@swlaw.com
8 Attorneys for Debtor-in-Possession U.S. American Stone and Minerals, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | Proceedings Under Chapter 7 |
|---|---|
| U.S. AMERICAN STONE AND MINERALS, INC. | Case No. 2:07-bk-01628-GBN |
| Debtor. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR** |

Upon motion of Snell & Wilmer L.L.P. to withdraw as counsel for Debtor, U.S. American Stone and Minerals, Inc., and good cause appearing,

IT IS ORDERED granting the motion and allowing Snell & Wilmer to withdraw as attorneys of record for the Debtor.

IT IS FURTHER ORDERED that any further pleadings shall be sent to:

U.S. American Stone and Minerals
3839 Briargrove Lane, Suite 6305
Dallas, TX 75287
Facsimile: (214) 853-5981

DATED AND SIGNED ABOVE.

10969630