Adam B. Nach - 013622
Kenneth M. Motolenich-Salas - 027499
**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: ken.motolenich@lane-nach.com

Attorney for Jill H. Ford, Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | (Chapter 7 Case) |
|---|---|
| U.S. AMERICAN STONE AND MINERALS, INC., | No. 2-07-bk-01628-GBN |
| Debtor. | **TRUSTEE'S OBJECTION TO APPLICATION FOR PAYMENT OF ADMINSTRATIVE EXPENSE** |

Jill H. Ford ("Trustee"), for objection to the Application for Payment of Administrative Expense (Docket No. 121), respectfully alleges as follows:

1. This case was commenced by voluntary petition filed by the Debtor originally under Chapter 11 on February 27, 2007 and converted to Chapter 7 on April, 23, 2010.

2. Jill H. Ford is the duly qualified and acting trustee in this case ("Trustee").

3. Stephen Fehrmann ("Fehrmann") filed an Application for Payment of Administrative Expense on Oct. 5, 2007 wherein Fehrmann requested the Court grant his application approving payment to Fehrmann in the amount of $19,400.50 for unpaid wages, $58,200.00 for treble damages, and $1,298.56 for unreimbursed expenses for a total amount of $78,899.06.

4. With respect to the administrative status, Trustee objects on the basis that Fehrmann has failed to show any benefit to the Estate.

5. With respect to the treble damages, Trustee objects on the basis that A.R.S. § 23-355(A) only allows recovery for treble damages a civil action in against an employer, and not as part of a bankruptcy proceeding in a federal Bankruptcy Court.

WHEREFORE, Jill H. Ford, Trustee, respectfully requests that the Court enter an order sustaining Trustee's Objection to Application for Payment of Administrative Expense, and such other and further relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED this 28th day of June, 2010.

**LANE & NACH, P.C.**

By  */s/ KMM – 010412*
    Adam B. Nach
    Kenneth M. Motolenich-Salas
    Attorneys for Trustee

COPY of the foregoing mailed/
delivered via electronic notification

**JOYCE W. LINDAUER**
**JOYCE W. LINDAUER, ATTORNEY AT LAW**
8140 WALNUT HILL LANE, SUITE 301
DALLAS, TX 75231
joyce@joycelindauer.com
Attorney for Debtor

**ARTHUR I. UNGERMAN**
ONE GLEN LAKES TOWER
8140 WALNUT HILL LN, NO.301
DALLAS, TX 75231
arthur@arthurungerman.com
Attorney for Debtor

**JAMES F. KAHN**
**JAMES F. KAHN, P.C.**
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012-1266
James.Kahm@azbar.org
Attorney for Stephen Fehrmann

Office of the U.S. Trustee

Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004

230 North First Avenue
Phoenix, Arizona

By  /s/  Staci Antrim