# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|   |   |
|---|---|
| **Debtor:** | U.S. AMERICAN STONE AND MINERALS, INC. |
| **Case Number:** | 2:07-bk-01628-GBN    **Chapter:** 7 |
| **Date / Time / Room:** | MONDAY, JUNE 28, 2010  09:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matter:*

HEARING RE: Motion for Reconsideration of Order Granting Application for Rule 2004 Examination and Production of Documents filed by U.S. American Stone and Minerals, Inc.

**R / M #:** 503 / 0

## *Appearances:*

KENNETH MICHAEL MOTOLENICH-SALAS, ATTORNEY FOR JILL H. FORD
ROBERT C WARNICKE, ATTORNEY FOR ROCK BOTTOM
LORI A LEWIS, ATTORNEY FOR U.S. AMERICAN STONE AND MINERALS, INC.
ANTHONY W. CLARK, ATTORNEY FOR GERALD BLANK TRUST/RACHEL BLANK (T)

## *Proceedings:*

MS. LEWIS INFORMS THE COURT THAT THEY HAVE SOUGHT TO WITHDRAW AND IT WAS GRANTED; HOWEVER, THE DEBTOR HAS NOT BEEN AFFORDED NOTICE.  IT IS THEREFORE SUGGESTED THAT COUNSEL BE ALLOWED TO ARGUE THIS MOTION OR REQUEST A CONTINUANCE.

MR CLARK OPPOSES A CONTINUANCE.

THE COURT:  IT IS NOTED THAT THERE IS AN OVERLAP WITH THE ADMINISTRATIVE CASE AND THE ADVERSARY.  THE MOTION IS GRANTED FOR NOW WITHOUT PREJUDICE.  REFERENCE IS MADE TO RULE 7030(b)6.  EACH PARTY IS TO BEAR THEIR OWN COST.