# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | U.S. AMERICAN STONE AND MINERALS, INC. |
| **Case Number:** | 2:07-bk-01628-GBN  **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, AUGUST 24, 2010 10:45 AM  7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

HEARING RE: Application for Payment of Administrative Expense and objection thereto filed by trustee and Rock Bottom.

**R / M #:** 121 / 0

## Appearances:

KENNETH MICHAEL MOTOLENICH-SALAS, ATTORNEY FOR JILL H. FORD
ROBERT C WARNICKE, ATTORNEY FOR ROCK BOTTOM, LLC
JAMES F KAHN, ATTORNEY FOR STEPHEN FEHRMANN

## Proceedings:

THE COURT STATES THAT THE PAPERS HAVE BEEN REVIEWED AND FURTHER ADVISES THAT THIS WOULD BE SUBORDINATED TO A CHAPTER 7 CLAIM.

MR. KAHN REFERS TO WHICH PART OF THE CLAIM HIS CLIENT IS WILLING TO WITHDRAW.

MR. MOTOLENICH-SALAS SPECIFIES WHAT THE TRUSTEE WAS LOOKING FOR.

MR. WARNICKE IS WILLING TO DO WHAT THE TRUSTEE WANTS.

AS AN OFFER OF PROOF, MR. STEPHEN FEHRMANN IS ADMINISTERED THE OATH AND TAKES THE STAND FOR DIRECT EXAMINATION CONDUCTED BY MR. KAHN.

BOTH MR. MOTOLENICH-SALAS AND MR. WARNICKE CROSS EXAMINE THE WITNESS.

UPON THE COMPLETION OF THE EXAMINATION CONDUCTED BY THE COURT, MR. FEHRMANN IS ALLOWED TO STEP DOWN.

THE COURT: THE BURDEN HAS BEEN MET FOR A SUBORDINATED CLAIM IN THE AMOUNT OF $19,400.00, WHICH WILL BE APPROVED AS AN ADMINISTRATIVE EXPENSE.

MR. MOTOLENICH-SALAS STATES THAT HE WISHES TO ASK MS. JILL FORD IF SHE HAS ADDITIONAL EVIDENCE.

THE COURT: IT IS FURTHER DIRECTED THAT THE OBJECTOR'S COUNSEL IS TO ADVISE MR. KAHN PRIOR TO THE HEARING IF THEY WILL BE PRESENTING EVIDENCE AT THE CONTINUED HEARING ON SEPTEMBER 30, 2010 AT 10:30 A.M.