Adam B. Nach – 013622
Kenneth M. Motolenich-Salas - 027499
**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: ken.motolenich@lane-nach.com

Attorneys for Jill H. Ford, Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| U.S. AMERICAN STONE AND MINERALS, INC., | No. 2-07-bk-01628-GBN |
| Debtor. | **NOTICE OF HEARING AND OPPORTUNITY TO BID** |

**TO: ALL CREDITORS AND PARTIES-IN-INTEREST:**

    **NOTICE IS HEREBY GIVEN** that Jill H. Ford, Chapter 7 Trustee ("Trustee"), filed a Stipulated Application to Sell the Estate's Claims against Rock Bottom, LLC and various other parties on August 23, 2010 (Docket No. 525), a complete copy of same is on file with the Clerk of the Court and available for inspection. A hearing regarding the sale of the Estate's Claims will be held at the U.S. Bankruptcy Court, 230 North First Avenue, Seventh Floor, Courtroom 702, Phoenix, AZ, on **September 23, 2010 at 10:00 a.m.**

    The Estate's Claims will be sold to the person making the highest and best offer at public sale, the terms of which are as follows:

| Property to be Sold: | The Estate's claims against Rock Bottom and other defendants (Kyle Tauch, Jay Krasoff, and Chiron Financial Advisors, LLC) in Adversary No. 2:09-ap-00281-GBN, captioned *U.S. American Stone and Minerals, Inc. v. Rock Bottom LLC, a Delaware limited liability company; Kyle Tauch, an individual; Jay Krasoff, an individual; and Chiron Financial Advisors, LLC, a Texas limited liability corporation*; and (b) claims against LCG, the replacement DIP lender, and its principals Messrs. Owen, Palmer, and Chatham for alleged fraud on the Bankruptcy Court and failing to fund the DIP loan that led to Rock Bottom's foreclosure of the asset. |
|---|---|
| Terms of Sale: | To Rock Bottom, LLC for **$10,000.00**<br><br>Prospective purchasers are encouraged to personally inspect/perform their own due diligence as the property will be sold "AS IS", "without warranty" express or implied and without any guarantees**, free and clear of liens and encumbrances.** |

Lane & Nach, P.C.
2025 North Third Street, Suite 157
Phoenix, AZ 85004

| | |
|---|---|
| | All bidders will be required to register and provide information, including his or her name, physical address and mailing address and his or her driver's license number. A **$10,000** deposit in the form of a cashier's check will be required of all bidders the day of the hearing. Final payment by cash or cashier's check and delivered at the date of the sale. All sales are subject to sales tax unless the property being sold is tax-exempt or a resale number is used as proof of exemption. |
| Insider: | The proposed purchaser is not an insider. |
| To Obtain More information: | Contact the attorney for the Trustee as indicated above. |
| Description of Interest(s) in the Property: | Trustee is not aware of any other entities holding an interest in the property being sold. |
| Compensation/Fees: | There are no commissions related to this transaction. |

Any person opposing same shall file a written objection on or before **21 days** of the date of this mailing with the Clerk of the U.S. Bankruptcy Court, 230 North First Avenue, Suite 101, Phoenix, Arizona 85003-1706. **Objections should be supported by specific facts. It shall not be a sufficient objection that objector is an unpaid general creditor.** A copy of the objection shall be mailed to Adam Nach at the address reflected above.

DATED: August 26, 2010 **LANE & NACH, P.C.**

By /s/ KMM - 027499
    Adam B. Nach
    Attorneys for Trustee