GORDON SILVER
THOMAS E. LITTLER, ESQ./SBN 006917
E-mail: tlittler@gordonsilver.com
ROBERT C. WARNICKE, ESQ./SBN 015345
E-mail: robert.warnicke@gordonsilver.com
40 North Central Avenue, Ste. 2100
Phoenix, Arizona 85004
Telephone (602) 256-0400
Facsimile (602) 256-0345
Attorneys for Rock Bottom, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>U. S. AMERICAN STONE AND MINERALS, INC.,<br>                Debtor. | Case No.: 2:07-bk-01628<br><br>Chapter 11 |
| U. S. AMEICAN STONE AND MINERALS, INC.,<br>                Plaintiff,<br>vs.<br>ROCK BOTTOM, LLC, a Delaware limited liability company, KYLE TAUCH, an individual; JAY KRASOFF, an individual; and CHIRON FINANCIAL ADVISORS, LLC, a Texas limited liability corporation,<br>                Defendants. | Adversary No. 2:09-ap-00281-GBN<br><br>**APPLICATION TO WITHDRAW AS COUNSEL FOR ROCK BOTTOM, LLC** |

      Thomas E. Littler, Robert C. Warnicke and the law firm of Gordon Silver hereby request that this Court enter an order permitting the withdrawal of the firm and counsel undersigned as counsel of record in the above-captioned administrative and adversary case for Rock Bottom, LLC, a Delaware limited liability company. Rock Bottom, LLC, a Chapter 11 creditor of the Debtor, has not performed on its financial promises and Gordon Silver cannot continue its representation of Rock Bottom.

      Eric Israel, who is the Vice President of Rock Bottom, LLC has been notified in writing of the status of the above-captioned case, including the dates and times of any court hearings and

102420-001/1011439.doc

the need to comply with all existing court rules and orders.

The last known address and telephone number for Rock Bottom, LLC is:

Eric B. Israel
c/o Chiron Financial Advisors, L.L.C.
1001 Fannin Street, Suite 4775
Houston, TX 77002
(713) 335-5490)
eisrael@chironfinance.com

WHEREFORE, Mr. Littler and Mr. Warnicke and the law firm of Gordon Silver pray this Court enter an order permitting them to withdraw as counsel of record for Rock Bottom, LLC. in both the above-captioned administrative and adversarial matters.

RESPECTFULLY SUBMITTED this 17th day of September, 2010.

GORDON SILVER

By _____
Thomas E. Littler, Esq.
Robert C. Warnicke, Esq.
40 N. Central Avenue, Ste. 2100
Phoenix, Arizona 85004
Attorneys for Rock Bottom, LLC

**COPY** of the foregoing mailed
this 17th day of September, 2010, to

Eric B. Israel
Jay Krasoff
c/o Chiron Financial Advisors, L.L.C.
1001 Fannin Street, Suite 4775
Houston, TX 77002

U. S. American Stone and Mineral, Inc.
3839 Briargrove Lane, Ste. 6305
Dallas, TX 75287

Jill H. Ford
P. O. Box 5845
Carefree, AZ 85377

James F. Kahn
James F. Kahn, P.C.
301 E. Bethany Home Rd., Suite C-195
Phoenix, AZ 85012-1266
Attorney for Stephen Fehrmann
James.Kahn@azbar.org

2

Gordon Silver
Attorneys At Law
40 N. Central Ave., Ste. 2100
Phoenix, Arizona 85004
(603) 256-0409

102420-001/1011439.doc

Case 2:07-bk-01628-GBN    Doc 534    Filed 09/17/10    Entered 09/17/10 15:13:23    Desc
Main Document    Page 2 of 4

```
 1   Joyce W. Lindauer, Esq.
     Joyce W. Lindauer, Attorney at Law
 2   8140 Walnut Hill Lane, Suite 301
     Dallas, Texas 75231
 3   Attorney for Debtor/Debtor-In-Possession
     E-mail: joyce@joycelindauer.com
 4

 5
     Office of the U. S. Trustee
 6   230 North First Avenue, Suite 204
     Phoenix, Arizona 85003-1706
 7
     Adam B. Nach, Esq.
 8   Lane & Nach, PC
     2025 N. Third Street, Ste. 157
 9   Phoenix, Arizona 85004
     Attorney for U. S. Trustee
10

11   By /s/ [signature]
12
```

Gordon Silver
Attorneys At Law
40 N. Central Ave., Ste. 2100
Phoenix, Arizona 85004
(603) 256-0400

102420-001/1011439.doc

3

Case 2:07-bk-01628-GBN   Doc 534   Filed 09/17/10   Entered 09/17/10 15:13:23   Desc
Main Document    Page 3 of 4

## CONSENT

Eric Israel, as Vice President of Rock Bottom, LLC, a Delaware limited liability company, hereby consents and desires that Thomas E. Littler, Robert C. Warnicke and the law firm of Gordon Silver be removed as counsel of record on its behalf in the above-captioned administrative and adversarial matter.

ROCK BOTTOM, LLC

By _____
Eric Israel, Vice President

Gordon Silver
Attorneys At Law
40 N. Central Ave., Ste. 2100
Phoenix, Arizona 85004
(603) 256-0400

102420-001/1011439.doc