Adam B. Nach – 013622
Kenneth M. Motolenich-Salas - 027499
**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: ken.motolenich@lane-nach.com

Attorneys for Jill H. Ford, Chapter 7 Trustee

**ORDERED ACCORDINGLY.**

Dated: September 29, 2010



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| U.S. AMERICAN STONE AND MINERALS, INC., | No. 2-07-bk-01628-GBN |
| Debtor. | **ORDER AUTHORIZING TRUSTEE TO SELL THE ESTATE'S CLAIMS AGAINST ROCK BOTTOM, LLC AND OTHER ENTITIES** |

Upon the *STIPULATED APPLICATION TO SELL THE ESTATE'S CLAIMS AGAINST ROCK BOTTOM, LLC AND VARIOUS OTHER PARTIES FREE AND CLEAR OF LIENS* (Docket No. 525) ("Application") filed on Aug. 23, 2010 by Jill Ford, Trustee, and Rock Bottom, LLC (Rock Bottom), and after notice and a hearing on the matter on September 23, 2010, during which bids were entered by Rock Bottom and Vast Mountain Development, Inc. ("VMD"), whose agent provided at the hearing the required $10,000 deposit in the form of a cashier's check, and good cause appearing therefor;

THE COURT FINDS that the Application was duly noticed, and that approval is appropriate and in the best interest of the Estate;

THE COURT FURTHER FINDS that VMD made the highest and best offer to purchase, for twenty seven thousand dollars ($27,000) in cash, the Estate's claims against (i) Rock Bottom and other defendants (Kyle Tauch, Jay Krasoff, and Chiron Financial Advisors, LLC) in Adversary No. 2:09-ap-00281-GBN, captioned *U.S. American Stone and Minerals, Inc. v. Rock Bottom LLC, a Delaware limited liability company; Kyle Tauch, an individual; Jay Krasoff, an individual; and Chiron Financial Advisors, LLC, a Texas limited liability corporation*; and (ii) claims against LCG, the replacement DIP lender, and its principals Messrs. Owen, Palmer, and Chatham for alleged fraud on the Bankruptcy Court and failing to

fund the DIP loan that led to Rock Bottom's foreclosure of the asset ("Estate's Claims"), with closing to occur no later than **5:00 p.m. on Tuesday, September 28, 2010** ("Closing Date");

THE COURT FURTHER FINDS that the **Estate's Claims only** shall be sold, transferred, and otherwise conveyed by the Trustee to VMD "AS IS", "WHERE IS", without express or implied warranty and without any guarantees**, free and clear of liens and encumbrances**;

THE COURT FURTHER FINDS that, in light of the bidding for the Estate's Claims only, the Estate will not (i) dismiss with prejudice of the adversary proceeding against all defendants in Adversary No. 2:09-ap-00281-GBN, (ii) release of the *lis pendens* recorded by the Debtor, or (iii) allow Rock Bottom's alleged claim;

THE COURT FURTHER FINDS that Rock Bottom, which bid twenty six thousand dollars ($26,000) at the hearing, is a Certified Back-Up Bidder;

THE COURT FURTHER FINDS that, should VMD fail to close the sale by the stated Closing Date, the **Estate's Claims only** shall be sold to Rock Bottom for $26,000, with closing to occur no later than **5:00 p.m. on Friday, October 1, 2010**;

THE COURT FURTHER FINDS that VMD is a good-faith purchaser within the meaning of 11 U.S.C. § 363(m), and is entitled to all protections provided under that section of the Bankruptcy Code;

THE COURT FURTHER FINDS that, should VMD fail to properly close the sale and the Estate's Claims are sold to Rock Bottom, Rock Bottom is a good-faith purchaser within the meaning of 11 U.S.C. § 363(m), and is entitled to all protections provided under that section of the Bankruptcy Code;

THE COURT FURTHER FINDS that notice and opportunity for hearing are adequate and appropriate under the circumstances, and in compliance with applicable Bankruptcy Rules and provisions of the Bankruptcy Code, including, without limitation, F.R.B.P. 2002, and 6004;

ACCORDINGLY,

IT IS HEREBY ORDERED approving the Application subject to the Court's findings set forth herein.

IT IS FURTHER ORDERED that the Estate's Claims shall be sold, transferred and conveyed, effective upon closing and pursuant to this Order, to VMD and by authority of 11 U.S.C. §§ 363(b) and (f), the transfer shall be "AS IS", "WHERE-IS", without express or implied warranty, and without any

guarantees**, <u>free and clear of liens and encumbrances</u>**.

IT IS FURTHER ORDERED that VMD is a good-faith purchaser and is entitled to the benefits provided by 11 U.S.C. § 363(m).

IT IS FURTHER ORDERED that, should VMD fail to properly close the sale and the Estate's Claims are sold to Rock Bottom, Rock Bottom is a good-faith purchaser and is entitled to the benefits provided by 11 U.S.C. § 363(m).

IT IS FURTHER ORDERED directing VMD to remit payment of the balance owed of the sales price ($17,000, after $10,000 payment received on Sep. 23, 2010) to "*The Estate of U.S. AMERICAN STONE AND MINERALS, INC.*" by the Closing Date, and deliver such payment to Jill Ford, Trustee, care of the law offices of Lane & Nach, P.C., 2025 N. Third Street, Suite 157, Phoenix, AZ 85004.

IT IS FURTHER ORDERED that the Trustee is authorized and directed to execute all additional documents and perform other such acts as may be necessary or reasonably requested to facilitate and complete the transaction provided for in the Application.

IT IS FURTHER ORDERED that this Order is a final order for purposes of F.R.B.P. 8001.

IT IS FURTHER ORDERED that, pursuant to F.R.B.P. 6004(h), this Order shall be effective upon the Order's execution.

**SIGNED AND DATED ABOVE.**