# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | U.S. AMERICAN STONE AND MINERALS, INC. |
| **Case Number:** | 2:07-bk-01628-GBN  **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 30, 2010 10:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matter:*

CONTINUED HEARING RE: Application for Payment of Administrative Expense and objection thereto filed by trustee and Rock Bottom. (FR. 08-24)

**R / M #:**   121 / 0

## *Appearances:*

NONE

## *Proceedings:*

THE COURT NOTES THAT AN ORDER WAS ENTERED ON SEPTEMBER 16TH. THIS MATTER IS RESOLVED AND THE HEARING IS VACATED.