Adam B. Nach – 013622
Kenneth M. Motolenich-Salas - 027499
**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com
Email: ken.motolenich@lane-nach.com

Attorneys for Jill H. Ford, Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>U.S. AMERICAN STONE AND MINERALS, INC.,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2-07-bk-01628-GBN<br><br>**TRUSTEE'S REPORT OF SALE** |

Jill H. Ford, Chapter 7 Trustee, by and through her attorneys undersigned, herein reports that pursuant to this Court's Order dated September 29, 2010 approving the Stipulation Application to Sell the Estate's Claims Against Rock Bottom, LLC and Other Entities, Trustee has sold personal property of this Estate as follows:

Property: Estate's claims against Rock Bottom and other defendants (Kyle Tauch, Jay Krasoff, and Chiron Financial Advisors, LLC) in the adversary proceeding filed in the United States Bankruptcy Court for the District of Arizona, Adversary No. 2:09-ap-00281-GBN and ii) claims against LCG, the replacement DIP lender, and its principals Messrs. Owen, Palmer, and Chatham for alleged fraud on the Bankruptcy Court and failing to fund the DIP loan that led to Rock Bottom's foreclosure of the asset

Sale Price: $27,000.00

Purchaser: Vast Mountain Development, Inc.

Sale Date: September 28, 2010

RESPECTFULLY SUBMITTED this 6th day of October, 2010.

                LANE & NACH, P.C.

By  /s/ Adam B. Nach - 013622
    Adam B. Nach
    Attorneys for Trustee

Copy of the foregoing mailed
on October 6, 2010, to

U.S. American Stone and Minerals, Inc.
3839 Briargrove Lane, Suite 6305
Dallas, TX 75287

By  /s/ Terie K. Turner